UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
|    BRIAN J. COHAN, ) | CHAPTER 7 |
|           DEBTOR ) | #12-31520 |
| ) | |

## MOTION TO REOPEN CASE

Now comes the Debtor in the above-captioned matter and hereby moves that his case be reopened.

For reasons, the Debtor intends to seek a determination of the dischargeability of a tax obligation.

                                                BRIAN J. COHAN, Debtor

June 13, 2018

                                          _____
Jack E. Houghton, Jr.
His Attorney
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO #241040
JHoughtonJr@aol.com

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>    BRIAN J. COHAN, )<br>        DEBTOR )<br>                         ) | CHAPTER 7<br>#12-31520 |

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr., hereby certify that on June 13, 2018 I served a copy of the foregoing Motion To Reopen by ECF and/or U.S. mail, postage prepaid to the parties listed below:

Office of the U.S. Trustee
46 Main Street, 14th Floor
Worcester, MA 01608

Gary M. Weiner, Esq.
Chapter 7 Trustee;
1441 Main Street
Suite 610
Springfield, MA 01103

Brian J. Cohan
518 Gale Avenue
Pittsfield, MA 01201

New York State Department of
Taxation and Finance
W.A. Harriman Campus
Albany, NY 12227-0171

NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY 13902-4127

June 13, 2018   /s/ Jack E. Houghton, Jr.
                                         Jack E. Houghton, Jr.
                                         78 Bartlett Avenue
                                         Pittsfield, MA 01201
                                         (413) 447-7385
                                         BBO #241040
                                         JHoughtonJr@aol.com