UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
|    BRIAN J. COHAN, ) | CHAPTER 7 |
|        DEBTOR ) | #12-31520 |
| ) | |

## MOTION TO REOPEN CASE

Now comes the Debtor in the above-captioned matter and hereby moves that his case be reopened.

For reasons, the Debtor intends to seek a determination of the dischargeability of a tax obligation.

BRIAN J. COHAN, Debtor

June 13, 2018

Jack E. Houghton, Jr.
His Attorney
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO #241040
JHoughtonJr@aol.com

07/03/2018 GRANTED. NO OBJECTIONS HAVE BEEN FILED.