**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Brian J. Cohan

                             Chapter 7
                             Case No. 12-31520  -EDK

                    Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

Unless a party in interest files a motion, pleading, or adversary proceeding in this case by February 7, 2019, the case will be closed without further notice or hearing.

                                              By the Court,

                                              Elizabeth D. Katz
                                              United States Bankruptcy Judge

Dated: January 7, 2019